**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

TINA MARIE BEATTY,

     Plaintiff,

v.

CREDIT MANAGEMENT,LP,

     Defendant.

Case No: 4:16-cv-00188-RLY-TAB

Honorable Judge Richard L. Young

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, TINA MARIE BEATTY ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., having filed with this Court her Agreed Stipulation of Dismissal with Prejudice   and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

DISTRIBUTION:

Dated: _____12/12/2017_____

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana


Nathan C. Volheim
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8181
nvolheim@sulaimanlaw.com

Charity O. Olson
Brock & Scott, PLLC
2723 South State, Suite 150.
Ann Arbor, MI 78104
Phone: (734) 222-5179
Charity.Olson@brockandscott.com